IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FEB 10 2015

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 15-432-WJ |
| | ) | |
| vs. | ) | Count 1: 18 U.S.C. §§ 1153 and |
| | ) | 113(a)(3): Assault with a Dangerous |
| CHRISTIAN QUINTANA, | ) | Weapon; |
| | ) | |
| Defendant. | ) | Count 2: 18 U.S.C. §§ 1153 and |
| | ) | 113(a)(6): Assault Resulting in Serious |
| | ) | Bodily Injury. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about July 19, 2014, in Indian Country, in Rio Arriba County, in the District of New Mexico, the Defendant, **CHRISTIAN QUINTANA**, an Indian, assaulted John Doe with a dangerous weapon, specifically, a knife, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

Count 2

On or about July 19, 2014, in Indian Country, in Rio Arriba County, in the District of New Mexico, the Defendant, **CHRISTIAN QUINTANA**, an Indian, assaulted John Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
02/06/15 11:30AM