AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CHRISTIAN QUINTANA | ) Case No. | CR 15-432 WJ |
| Defendant | ) | |

**RECEIVED U.S. MARSHALS SERVICE ALBUQUERQUE, NEW MEXICO 2015 FEB 11 PM 10: 31**

**FILED UNITED STATES DISTRICT COURT DISTRICT OF NEW MEXICO 15 MAR 19 AM 10:03 CLERK-ALBUQUERQUE**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____CHRISTIAN QUINTANA_____,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. '' 1153 and 113(a)(3):   Assault with a Dangerous Weapon;

Count 2: 18 U.S.C. '' 1153 and 113(a)(6):   Assault Resulting in Serious Bodily Injury.

Date: _____2/10/2015_____

*Issuing officer=s signature*

City and state:   Albuquerque, New Mexico

Matthew J. Dykman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* __2/10/15__, and the person was arrested on *(date)* __3/2/15__
at *(city and state)* __Dulce, NM__.

Date: __3/2/15__

*Arresting officer=s signature*

Antonio Ramirez / DUSM
*Printed name and title*

Jicarilla Apache Sampson Cowboy