*Rev. March 31, 2015*

# PLEA MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 15-432 WJ | UNITED STATES vs. Quintana |
|---|---|

### Before The Honorable Kirtan Khalsa, United States Magistrate Judge

| | | | |
|---|---|---|---|
| Hearing Date: | 10/27/15 | Time In and Out: | 10:56; 11:24-12:03 |
| Clerk: | E. Hernandez | Digital Recording: | ABQ-Gila |
| Defendant: | Christian Quintana | Defendant's Counsel: | Alonzo Padilla |
| AUSA: | Edward Han | Interpreter: | [Select]  ☐ Sworn  ☐ Waived |

- ☒ Defendant Sworn     ☐ First Appearance
- ☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
- ☒ Deft acknowledges receipt of: **Indictment**
- ☐ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
- ☒ Terms and conditions of proposed plea agreement explained.     ☒ Defendant indicates understanding of its terms.
- ☒ Factual predicate to sustain the plea provided.
- ☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
- ☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
- ☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
- ☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
- ☒ Deft pleads GUILTY to: **Indictment**
- ☒ Allocution by Deft on elements of charge(s).
- ☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
- ☒ Deft adjudged guilty.
- ☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.
- ☒ Sentencing Date: **to be notified**
- ☒ Defendant to Remain in Custody
- ☐ Present conditions of release continued     ☐ Conditions changed to:
- ☒ Penalty for failure to appear explained
- ☒ Presentence Report Ordered     ☐ Expedited (Type III)

Other Matters: defense requests to be continued on release; government responds, requests detention; defendant remanded to the custody of the USMS