# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: 15-432 WJ | | USA vs.: Quintana | |
| Date: May 11, 2016 | | Name of Deft: Christian Quintana | |

Before the Honorable: William P. Johnson

| | | | |
|---|---|---|---|
| Time In/Out: | 10:08am – 10:20am<br>10:29am – 10:38am | Total Time in Court (for JS10): | 21 minutes |
| Clerk: | R. Garcia | Court Reporter: | M. Loughran |
| AUSA: | David Adams | Defendant's Counsel: | Alonzo Padilla |
| Sentencing in: | Albuquerque, NM | Interpreter: | N/A |
| Probation Officer: | V. Loya | Interpreter Sworn? | Yes ☐   No ☐ |

| Convicted on: | **X** Plea | ☐ Verdict | As to: | ☐ Information | **X** Indictment |
|---|---|---|---|---|---|
| If Plea: | **X** Accepted | ☐ Not Accepted | Adjudged/Found Guilty on Counts: | Ct. 1 | |
| If Plea Agreement: | **X** Accepted | ☐ Not Accepted | ☐ No Plea Agreement | Comments: Rule 11(c)(1)(C) | |
| Date of Plea/Verdict: 10/27/15 | PSR: **X** Not Disputed | ☐ Disputed | **X** Courts adopts PSR Findings | | |
| Evidentiary Hrg: **X** Not Needed | ☐ Needed | Exceptions to PSR: | | | |

### SENTENCE IMPOSED   Imprisonment (BOP): 18 months

| Supervised Release: | 3 years | | Probation: | |
|---|---|---|---|---|
| REC | **X** GED Program | ☐ BOP Sex Offender Program | Other: | |
| ICE | ☐ Court recommends ICE begin removal proceedings immediately or during service of sentence | | | ☐ ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☐ | No re-entry without legal authorization | ☐ | Home confinement for   months   days |
| ☐ | Comply with ICE laws and regulation | ☐ | Community service for   months   days |
| **X** | Participate in/successfully complete subst abuse program/testing | ☐ | Reside halfway house   months   days |
| ☐ | Participate in/successfully complete mental health program | ☐ | Register as sex offender |
| **X** | Refrain from use/possession of alcohol/intoxicants | ☐ | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | ☐ | Possess no sexual material |
| **X** | No direct or indirect contact with victim(s) | ☐ | No computer with access to online services |
| ☐ | No entering or loitering near victim's residence | ☐ | No contact with children under 18 years |
| ☐ | Provide financial information | ☐ | No volunteering where children supervised |
| ☐ | Grant limited waiver of confidentiality | ☐ | Restricted from occupation with access to children |
| **X** | Refrain from use and possession of synthetic cannabinoids, etc. | ☐ | No loitering within 100 feet of school yards |
| **X** | No possession of a firearm, ammunition, destructive device or any other dangerous weapon | **X** | Participate in an educational or vocational program approved by the Probation Officer |

| **X** | OTHER: | 1. Deft must cooperate in the collection of DNA, as directed by statute<br>2. Deft must reside at and complete a program at a Residential Reentry Center for a period of up to 6 months.<br>3. Deft must participate in anger management program. |
|---|---|---|

| Fine: $ 0.00 | Restitution: $ | No request made. The Court will hold restitution open for 90 days |
|---|---|---|
| SPA: $ 100.00 | Payment Schedule: | **X** Due Immediately   ☐ Waived |

OTHER:

| | | | |
|---|---|---|---|
| ☐ | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | ☐ | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | | FCI Phoenix or Safford, AZ; whichever is least restrictive. |
| ☐ | Dismissed Counts: | | |

OTHER COMMENTS:   PSR reviewed w/client.
The Government addresses the Court; requests high end of the stipulated guideline range.

| |
|---|
| Mr. Padilla advises he has no objections to conditions of supervision; addresses the Court on behalf of his client; requests 12 months and a day.<br>Defendant addresses the Court.<br>The Court takes a short break to consider its sentence.<br>Court back in session. |